IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff, | )<br>) | |
| vs. | )<br>) | CASE NO. 3:01MC43<br>(Financial Litigation Unit) |
| SUSAN JUI-LAN CHEN,<br>Defendant. | )<br>)<br>) | |
| and | )<br>) | |
| RITE-AID,<br>BROOKS/ECKERD PHARMACY,<br>Garnishee. | )<br>)<br>) | |

**DISMISSAL OF ORDER OF GARNISHMENT**

Upon motion of the United States for the reasons stated therein and for good cause shown, it is **ORDERED** that the Order of Garnishment filed in this case against the defendant Susan Jui-Lan Chen is **DISMISSED**.

Signed: September 19, 2008

Richard L. Voorhees
United States District Judge